**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RANDALL S. BRAGG, et al.,**

    **Plaintiffs,**

v.                                                                      **Case No. 8:02-cv-609-T-30EAJ**

**BILL HEARD CHEVROLET, INC.-PLANT CITY,**

    **Defendant.**
_____

## **ORDER OF DISMISSAL**

A review of the file indicates that this case has settled and there are no pending issues before the Court. In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed.

    2.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 29, 2006.

                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2002\02-cv-609.dismissal.wpd